UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MOUNTAIN LAKES HOUSE OF PRAYER,

Plaintiff,

v.

GUIDEONE SPECIALTY MUTUAL INSURANCE COMPANY,

Defendant.

No. 2:18-cv-03200-MCE-DB

**ORDER**

By way of this action, Plaintiff Mountain Lakes House of Prayer ("Plaintiff") seeks to recover under an insurance policy issued by Defendant Guideone Specialty Mutual Insurance Company ("Defendant") with regard to losses sustained from a fire occurring in approximately June 2014. Plaintiff originally initiated this action in Shasta County Superior Court, and it was thereafter removed here. On February 26, 2019, the Court issued an order denying a subsequent Motion to Remand (ECF No. 8) filed by Plaintiff and granting a Motion to Dismiss filed by Defendant (ECF No. 3). ECF No. 17.

///
///
///
///

1

In that Order, the Court granted leave to amend and advised, "[i]f no amended complaint is timely filed, this case will be dismissed with prejudice upon no further notice to the parties." Id. at 7. No amended complaint has been filed. Accordingly, this action is hereby DISMISSED with prejudice, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 2, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE